**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DANIEL H. MANTLE,**

    **Plaintiff,**

  vs.                            **Civil Action 2:09-CV-633
Judge Smith
Magistrate Judge King**

**UNITED STATES SUPREME COURT,**

    **Defendant.**

### ORDER

Plaintiff has filed a complaint against the United States Supreme Court asking that this Court "fix the Roe v. Wade law. . . ." On July 22, 2009, the United States Magistrate Judge recommended that the action be dismissed on the basis of sovereign immunity. *Order and Report and Recommendation*, Doc. No. 2. This matter is now before the Court on plaintiff's objection to that recommendation, which the Court will consider *de novo*. *See* 28 U.S.C. §636(b); F.R. Civ. P. 72(b).

The United States and its agencies cannot be sued unless there is an express waiver of sovereign immunity. *See United States v. Sherwood*, 312 U.S. 584 (1941). Plaintiff's objection is **DENIED.** The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.

This action is hereby **DISMISSED** for lack of subject matter jurisdiction.

The Clerk shall enter **FINAL JUDGMENT** in this case. Moreover, the Court concludes that an appeal from this final judgment would not be taken in good faith. *See* 28 U.S.C. §1915(a).

                                          *s/George C. Smith*
                                          George C. Smith, Judge
                                       United States District Court